IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**YAHMEEN AMORU BEY**                                                                                    **PLAINTIFF**

v.                              **CASE NO.: 4:16CV00194 JM/BD**

**PULASKI COUNTY SHERIFF**
**DEPARTMENT, et al.**                                                                                   **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Bey has not filed any objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Yahmeen Amoru Bey's complaint (docket entry #2) is DISMISSED without prejudice for lack of jurisdiction. His pending motion for leave to proceed *in forma pauperis* is (#1) DENIED as moot.

IT IS SO ORDERED this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE