IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**YAHMEEN AMORU BEY**                                                **PLAINTIFF**

**v.**                  **CASE NO.: 4:16CV00194 JM/BD**

**PULASKI COUNTY SHERIFF
DEPARTMENT, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE